# EXHIBIT 2

 



← Post



**@eliothiggins.bsky.social** ✓
@EliotHiggins

Making pictures of Trump getting arrested while waiting for Trump's arrest.



5:22 PM · Mar 20, 2023 · **6.9M** Views

💬 1.7K    🔁 6.8K    ♡ 34K    🔖 2.9K    ↑

💬 Read 1.7K replies

**New to X?**
Sign up now to get your own personalized timeline!

Sign up with Google
Sign up with Apple
Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

 Retry

Terms of Service    Privacy Policy
Cookie Policy    Accessibility    Ads info
More ···    © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up