# EXHIBIT 3



× 

0:00    [MUSIC] >> The House will come to order

0:09    messages from the Senate.

0:18    — Message from the Senate, Madam Speaker, I hereby announce the adoption by the sound of the following Senate concurrent resolution here with transmitted Senate concurrent

0:27    resolution number 4 relating to a German for more than 3 days. A message to sign Thomas spotter, secretary of the

0:35    Senate long moves that the rules be so for suspended that Senate concurrent resolution. Number 4, we now considered and placed

0:44    upon its final adoption. I recognize the maker of the motion, the member from

0:50    Hennepin, the majority leader. Representative. Long to explain your motion, Mister Speaker. This is a suspension of the rule that

0:56    would allow us to take our spring break next week. >> Is there any discussion to Representative Long's motion?

1:04    I recognize the member from right, Representative McDonald. Thank you, Mister Speaker. I rose just 2 of the point of

1:10    order certification for some of us. It's not spring break for some of us is Easter Holy week in a past

English · CC1 ⌄

---

**House Floor Session 3/30/23 - Part 2**

🖤 MNHouseInfo
7.08K subscribers   Subscribe

👍 5   👎   ↗ Share   ⬇ Download   🔖 Save   •••

861 views · Mar 30, 2023
MOTIONS AND RESOLUTIONS.
Motion to Suspend House Rules in order to take up SC4 (Long) A Senate Concurrent Resolution relating to adjournment for more than three days.
CALENDAR FOR THE DAY
04:35 - SF2265 (Noor) Commissioner of Human Services public health emergency transition procedures establishment; continuous medical assistance eligibility for children establishment; state-funded cost-sharing reduction program establishment; appropriating money.
53:37 - HF1278 (Pelowski) Disaster assistance contingency account funding provided, and money appropriated.
58:09 - HF1178 (Brand) Requirement to retire type III vehicles after 12 years repealed.
1:03:01 - HF2175 (Pfarr) Nonbank mortgage services regulated, and report required.
1:08:52 - HF1370 (Stephenson) Cause of action for nonconsensual dissemination of deep fake sexual images established, crime of using deep fake technology to influence an election established, and crime for nonconsensual dissemination of deep fake sexual images established.
MOTIONS AND RESOLUTIONS.
1:31:13 - Motion to Suspend House Rules in order to take up HF733 (Edelson) Nursing facility payment rates modified, elderly waiver rates modified, payment rates for customized living services provided under disability waivers modified, payment rates for home-delivered meals under disability waivers modified, and money appropriated.
Runs 2 hours, 37 minutes.

### Key moments
View all

| 4:35 SF2265 (Noor) Commissioner of... | 53:37 HF1278 (Pelowski) Disaster assistance... | 58:09 HF1178 (Brand) Requirement to retir... | 1:03:01 HF2175 (Pfarr) Nonbank mortgage... | 1:08:52 HF1370 (Stephenson) Cause of action for... | 1:31:13 Motion to Suspend House Rules in order... |

### Transcript
Follow along using the transcript.

Show transcript

🖤 MNHouseInfo
7.08K subscribers

▶ Videos   ⓘ About   Facebook   Instagram   ✕ X

Show less

Comments are turned off. Learn more

All   From MNHouseInfo   Politics News   B...

Inside Jamal Khashoggi's Decision to Speak Out Against...
FRONTLINE PBS | Official ✓
39K views · 2 years ago
2:05

House/Senate DFL Media Availability 4/10/25
MNHouseInfo ✓
14:51

Beautiful Relaxing Peaceful Music, Calm Music 24/7,...
Tim Janis ✓
🔴 LIVE
11:54:57

Elon Musk's Family History in South Africa Reveals Ties to...
Democracy Now! ✓
3.5M views · 3 weeks ago
34:35

Brooks and Capehart on Trump's tariffs and reaction...
PBS NewsHour ✓
11:03

Supreme Court Ethics: Last Week Tonight with John Oliver...
LastWeekTonight ✓
30:21

Over Ireland
YouTube Movies & TV
Documentary · 1999
Free with ads
58:35

Sen. Whitehouse Makes the Case Against Russ Vought's...
Senator Sheldon Whitehouse ✓
779K views · 2 months ago
30:38

House/Senate Republican Media Availability 4/10/25
MNHouseInfo ✓
252 views · 7 days ago
8:52

Trump administration escalates Harvard battle over internation...
NBC 10 WJAR ✓
80 views · 6 minutes ago
2:22

House Workforce, Labor, and Economic Development Finan...
MNHouseInfo ✓
69 views · 7 days ago

House Floor Session 4/3/23
MNHouseInfo
198 views · 2 years ago

China Strikes Back at Tariffs by Roasting JD Vance & Selling...
The Daily Show ✓
3.4M views · 19 hours ago
New

Audience boos congressman over his explanation for health...
CNN ✓
639K views · 4 weeks ago

Relaxing Piano Music: Romantic Music, Beautiful Relaxing...
Soothing Relaxation ✓
188M views · 7 years ago

Appeals court rules MD man mistakenly deported must be...
FOX 5 Washington DC ✓
2.3K views · 15 minutes ago
New

House Health Finance and Policy Committee 4/10/25
MNHouseInfo ✓
59 views · 6 days ago
New

'We'll make the deal for them': Trump meets with Meloni ami...
FOX 32 Chicago ✓
483 views · 7 minutes ago
New

EXTENDED - Sen. Cory Booker On America's 'Moral Moment'...
The Late Show with Stephen C...
2.6M views · 9 days ago

NHS nurses welcome Supreme Court ruling on definition of...
Sky News ✓
44K views · 1 hour ago
New

1:20:11
Chair or Mister Speaker. >> Further discussion to the 6 Amendment to recognize member from Anoka Representative Stevenson.
1:20:17
>> Thank you, Mister Speaker and members. I ask members to vote no on the amendment. I I do think
1:20:23
that revenue really raises some important questions. I think
1:20:29
that the bill from my perspective does have a clear standard because what says it has to appear to authentically
1:20:36
depicts someone engaging in speech or conduct that they did not, in fact engage. And I I do think that is a clear standard
1:20:42
that can be referenced my concern with adopting the amendment, as I do think that still images and perhaps not
1:20:51
the ones that we've been seeing on the on the floor today. And yes, we did. You know, I think that's it. Some of the
1:20:59
most interesting handouts we've had in some time. And it was important to me to send out the one to make clear that everyone
1:21:04
understood that this one could still happen, that this one is don't worry, we could still do that. But
1:21:11
but we have seen just in the last week an example of a still image deep think that should give us pause because images we
1:21:21
have been circulating this week of a former President United States being arrested.
1:21:27
These have been on Twitter and other places and that did not happen.
1:21:32
Those images are not real. And some of those images could easily be construed by a voter
1:21:40
to be authentic. And if you imagine those not being circulated on Twitter,
1:21:45
you know, 2 years before an election, but in a mailbox a
1:21:50
week before an election, you can imagine the harm that that could do without any
1:21:56
opportunity for redress. This technology is getting really good. And I think it's important to include still images. I think it's important for us to not be deceiving
1:22:04
voters. So I appreciate the discussion and I appreciate resident really raising this issue. And I I'm happy to
1:22:10
continue talking about the issues that represent really is raising. But I would ask today the members vote no.