# EXHIBIT 5



4:07
I'm so excited the protest movement is
4:10
starting against musk and Trump they
4:15
were out in front of the front of usaid
4:17
today yep saying protesting that is
4:20
exactly what we got to do we need more
4:22
protests more places we need massive
4:25
outpouring and opposition we need the
4:28
people of America to say no way we don't
4:30
like fascism so that's what I think we
4:32
that's that's a good sign very sign good
4:34
sign I agree I and I mean that very much
4:37
speaking of musk you know there reports
4:39
over the weekend and it's confirmed now
4:41
that his doge people have gained access
4:44
to sensitive Treasury Department data
4:47
including Social Security checks tax
4:48
refunds Medicare benefits and all that
4:51
well and Liz Warren sent a letter saying
4:53
what are you going to do all this data
4:55
like to him and they want to know what's
4:56
going on we're not getting answers look
4:58
these are residents from your state I'm
4:59
sure they're having access to AGS have
5:02
any ability to potentially bring a
5:04

lawsuit against Elon Musk and Doge and
5:07
Trump Administration on this certainly
5:09
we do and but but here's the thing we
5:13
are we are we we've had we filed law suits
5:15
we're going to file more um there there
5:18
are certain legal principles like like
5:20
like standing and rightness right you're
5:22
a lawyer so you know this stuff Dean and
5:25
so sometimes you know we've got to be
5:28
able to make make a case to a court that
5:31
there has been a concrete injury to our
5:34
state before we'll have standing right
5:37
and I know to the average activist is
5:39
like why that's BS of course he's are
5:41
damaging but if you want to stay in
5:44
court and you don't want to get your Cas
5:45
dis SMI you've gonna have to do that so
5:49
I I am mindful that some people want us
5:51
to move at a pace that that their
5:54
emotions are running at but what I'm
5:56
saying is yes the you can count on the
5:59
AGS to fight back and protect us but
6:02
don't leave it all up to them protest
6:05
yourself get out there send a message
6:08
don't just be a keyboard Warrior get a

6:10
sign call a friend have a meeting knock
6:13
some doors we need Grassroots Mass
6:16
meeting you know as you as you know very
6:18
well Dean you know I help lead the the
6:21
prosecution of the right of of the
6:24
officers who murdered George Floyd but
6:26
you know what got us the case you know
6:28
why things went well you know why we
6:30
were able to do that because there was
6:32
mass action in the street yeah of course
6:35
people didn't people don't understand
6:38
judges and lawyers are
6:41
people and if you a people will get out
6:44
there and raise your voice you can make
6:47
the courts understand that they've got
6:49
to operate according to Justice you know
6:53
and so I'll just say don't don't I mean
6:56
trust that dags are going to fight back
6:59
we are going to whether it's gender
7:01
affirming care the rights of of workers
7:04
in lrb abuses um all the federal
7:08
employees being rescheduled
7:10
environmental catastrophes we will do it
7:13
we are we're planning to do it we're
7:14

doing it we have to deal with things
7:16
like St standing and ripness we've got
7:19
to be able to identify cognizable causes
7:23
of action re violations of law that are
7:26
Beyond
7:28
speculative and that may not be at the
7:31
speed speed that you want but look at
7:32
but look at but trust us cuz look what
7:34
we've already done we've already gone in
7:36
and gotten injunction about him trying
7:38
to impound $3 trillion do wor the public
7:40
money we've already got got an
7:42
injunction to stop him on this issue of
7:46
um of of Birthright citizenship and
7:48
we're gearing up to do more more more we
7:50
are we really are but I know you are but
7:54
I but I'm just like talking to your
7:55
audience but if you're at home thinking
7:57
why are the AGS doing more
8:01
great we're doing our best but can you
8:03
do more can you call your friends can
8:05
you start a group can you pull together
8:07
people at the local coffee shop in the
8:09
basement of your church M synagogue we
8:12
need mass action the people the people

8:15
have got to go into the street it can't
8:17
just stay a legal struggle and remember
8:19
you know the Civil Rights Movement is
8:21
instructive here you saw Mar you saw th
8:23
good Marshal in court arguing
8:25
segregation was wrong and he was in
8:26
there doing his thing but Martin Luther
8:29
King in the in the street movement got
8:32
into the street marching protesting
8:34
pushing the agenda don't think that this
8:38
battle will only be won in the halls of
8:40
Congress or in a courtroom or even in
8:44
The Ballot Box they got to be one all
8:46
three of those places but they also got
8:47
to be one in the street don't discount
8:50
your First Amendment right to freedom of
8:52
expression your constitutional right to
8:54
redress Grievances and petition your
8:56
government for change to freedom of
8:58
assembly freed freedom of of of of these
9:01
critical rights enshrined in the First
9:03
Amendment it is a First Amendment moment
9:06
and you got to make maximum use of it
9:08
just like you are right now Dean having
9:09

me on your show and sure well this is
9:12
easy and the harder work is either legal
9:14
work or going in the street I'm trying
9:15
with ag Keith Ellison AG Ellison is
9:18
there anything potentially like if I'm
9:20
not asking to say you're gonna do this
9:23
I'm saying is there a potential if musk
9:25
were to do something that affects the
9:26
residence of Minnesota is there a
9:28
potential for criminal action that
9:30
because invading this the Privacy I
9:33
don't know what the law would be to be
9:34
honest well you know what certainly
9:36
possibly right uh what I'll tell you is
9:39
that I haven't done the legal research
9:41
on a criminal charge I've done a lot on
9:44
on
9:45
civil but you know there are all kind of
9:48
laws uh governing how private data is
9:53
used how you can if you if you grab
9:56
somebody's data the wrong way in
9:58
violation of the law that can be a crime
10:00
and by the way who the hell is Elon Musk
10:03
other than a rich Punk who has a lot of
10:07
money because of government contracts

10:09
and because of his family uh getting
10:11
involved in South African uh
10:13
exploitation of mines and stuff like
10:15
that and workers that's the only person
10:18
this guy this guy he's not been through
10:22
any confirmation
10:24
hearing he has not disclosed any
10:26
conflicts of interest he's not been
10:28
through the regular employment route how
10:32
where does he get the authority to say
10:34
get rid of usid or anything or how would
10:38
you know I'm G tell you you talking
10:39
about criminal action who gave him
10:41
access to that data yeah that could be
10:45
the basis of a violation of our criminal
10:47
statutes I'm telling you that there's a
10:49
your question is a good one let's start
10:52
digging into it uh but understand that
10:54
he dropped 200 but Trump dropped 200 EOS
10:57
in in the first few days
10:59
we are responding at the speed we are
11:01
able but there's a lot to respond to and
11:05
it helps a lot when people are in the
11:08
street denouncing this bad behavior it
11:10

helps a lot and it helps a lot when you
11:13
write that this is wrong and this is not
11:15
normal and we cannot normalize it it
11:17
helps a lot when you make a song about
11:19
it I was listening to the the YouTube
11:22
the other day and there was this little
11:25
guy little white guy with a
11:27
guitar and this guy was smashing it man
11:31
I don't know if you've seen this guy I
11:32
love this guy maybe this guy it was kind
11:36
of a country bluesy thing and it was
11:38
about helping people understand why
11:41
there was so much outrage and why people
11:45
uh don't have a sympathetic response to
11:47
the murder of Brian Thompson right and
11:50
again I'm one who thinks that murder's
11:52
wrong I always will be but but I mean
11:55
people are saying you know he he was he
11:57
just wanted to help people understand
11:59
that you know these companies uh you're
12:02
paying your premiums they're denying
12:04
your claims you know you got loved ones
12:06
dying because of it and he made a song
12:09
about it and I don't know the guy's name
12:12
but it's like the but it's sort of a

12:13
it's sort of like a he kind of looks
12:15
like John melan Camp you know he kind of
12:18
looks like that may have seen it it
12:20
sound we we'd have to get Kendrick Lamar
12:22
to do something I mean he
12:23
just won all the awards here's the point
12:27
art hasal Ro here sure you know um you
12:32
know uh you know it art has a critical
12:35
role to play in this situation and you
12:39
know uh uh and and and we can't let
12:43
leave any we can't leave anything off
12:46
the table so there's so I got I found it
12:48
can I play it or no sure why not I we
12:52
can't see it but sure we can hear it you
12:53
got it you que it up here's AG Ellison
12:56
he's the DJ for the doob show now he's
13:00
hang on I could I'm going to I'm going
13:01
to just play a little music for y'all I
13:04
wish I could do it myself but uh but I
13:07
mean this this song and again we are Den
13:11
I am here by denouncing what Luigi did
13:13
to kill anybody I don't believe Attorney
13:16
General of course but but what I'm
13:18
saying is there is a there there's a
13:21

reaction that's that kind of reveals why
13:25
people are upset about this situation
13:28
and I want okay here we
13:38
[Music]
13:44
go it's hard to hear for the r it's
13:46
gonna be hard to hear for the radio but
13:48
you know what we'll get the song and
13:49
we'll play it um because I've seen that
13:52
guy I I'll get it no I appreciate what
13:53
you're saying the art the guy says there
13:55
ain't hardly there ain't no us there
13:57
ain't no you in United Hells there ain't
13:59
no we uh in the company there's hardly
14:02
any humans in humanity I mean the I mean
14:05
the guy is he's he's and he's talking
14:07
about the suffering people suffer
14:09
through he's not by the way he's not
14:11
saying that it's okay right I understand
14:14
the proceed the you know and and so
14:16
there we need popular again we don't
14:19
want anybody to lift up wrongdoings but
14:22
we do need people to talk about like
14:25
like um Marvin Gay you know uh like you
14:29
know we we we you know wrote mother
14:31
mother you know you know you know Mercy

14:33
Mercy Me you know and and and kend like
14:36
you said Kendrick Lamar many other
14:37
artists we need it all we need people in
14:40
the street protesting we need people
14:41
artists doing what they do we need
14:43
lawyers litigating we need broadcasters
14:45
like you broadcasting we got all our
14:48
things I think kri we're gonna I'm sorry
14:51
what's that Kendrick Lamar is more
14:52
focused on Drake than Trump we need him
14:55
to get focused on he needs to get his
14:56
priori straight right I know he really I
14:59
don't even follow that kind of music but
15:00
I know they're feuding nonstop in the
15:02
songs that he Wy last night if Drake
15:05
disappeared tomorrow it would not put a
15:08
meal in front of anybody right right if
15:11
Drake disappeared tomorrow and I don't
15:12
think Drake should disappear I'm not
15:14
calling for that I'm just say sudden if
15:16
suddenly they squash their beef it
15:19
doesn't change the fact that people
15:20
aren't getting health care that right
15:23
right now the United States spends less
15:25
than one tenth of 1% on its budget in
15:27
unit in the US ID and Trump and musk
15:31
are trying to destroy that institution
15:33
which was established Visa a statute but
15:37
Trump is trying to is destroy through an
15:38
executive action that's illegal you
15:41
can't do that you know and why do you
15:43
think he's he's doing it is it just
15:46
budget cutting for justifying tax the
15:49
wealthy or do you think it's it's the
15:52
idea of not helping people he doesn't
15:53
want the US to play a role anymore in
15:55
helping people USA day helps a lot of
15:57
black and brown people I don't think he
15:59
most likes that I have to be honest with
16:00
you yeah I think straight up racist that
16:02
guy so so so walk with me for a second
16:06
so he starts out the gate hating on
16:09
immigrants y'all will remember the stuff
16:11
about Haitians eating cats and dogs
16:13
always a lie right he goes on how he
16:16
hates the trans people what are they
16:18
doing to anybody nothing they ain't
16:20
bother nobody then he goes on about Dei
16:23
and he says that Dei is why there's wild

16:26
flyers in LA and playe crashes
16:29
even though under uh Biden there were no
16:33
plane fatalities right and in his first
16:36
week there's several right um and so but
16:41
this is all God us all upset our blood
16:43
is up we're angry we're offended we
16:45
insulted
16:47
meanwhile he is impounding federal funds
16:51
he's putting an unelected unapp pointed
16:54
uh billionaire uh baby in charge of our
16:58
federal government
17:00
he's he is so so he's he's he knows how
17:03
to get us get our blood going right Dei