# **EXHIBIT 6**

# 2025 Minnesota Absentee Ballot Application

**Complete lines 1 through 7 below. Please print clearly.**

Return this application as soon as possible. Ballots must be returned by election day to be counted.

**Important:** Active duty military and overseas voters should <u>not</u> use this application. See the other side for more information.

1. absentee ballots requested for the following election(s) *(if no election is marked, a ballot will be mailed for the next election only)*
   - 2/11 Special Election
   - 3/11 Township Election
   - 4/8 Special Election
   - 5/13 Special Election
   - 8/12 Primary Election
   - 11/4 General Election
   - **Both** 8/12 & 11/4 Elections
   - Other (specify date):

2. last name or surname | first name | middle name | suffix

3. date of birth (mm/dd/yyyy) | county where you live | phone number

   email address

4. mark all boxes that apply:
   - I have a MN-issued driver's license or MN ID card. The number is:
   - I have a social security number. The last four digits are: **XXX-XX-**
   - I do not have a MN-issued driver's license, MN-issued ID card or a social security number.

   Your identification number will be compared to the one on your absentee ballot envelope.

5. address where you live (residence) | apt. | city | **MN** | zip code

6. address where your absentee ballot should be sent | apt. | city | state | zip code

7. I certify that I:
   - am completing this application on my own behalf;
   - will be at least 18 years old on election day;
   - am a citizen of the United States;
   - will have maintained residence in Minnesota for 20 days immediately preceding election day;
   - maintain residence at the address given on this application form;
   - am not under court-ordered guardianship in which the court order revokes my right to vote;
   - have not been found by a court to be legally incompetent to vote;
   - am not currently incarcerated for a conviction of a felony offense; and
   - have read and understand this statement: The above information is accurate, and I sign this application form under penalty of perjury, a felony punishable by not more than 5 years imprisonment, a fine of not more than $10,000, or both.

   sign here: X_____ date ____/____/____

**See other side for special instructions for voters with disabilities or power of attorney.**

official use only

| | received date | ballot issued date | initials | type | reason replaced | repl. date: | precinct |
|---|---|---|---|---|---|---|---|
| **Primary** ☐ reg ☐ non-reg | | | | M  C  HCF | ☐ rejected ☐ lost ☐ spoiled ☐ never received | | |
| **General** ☐ reg ☐ non-reg | received date | ballot issued date | initials | type  M  C  HCF | reason replaced ☐ rejected ☐ lost ☐ spoiled ☐ never received | repl. date: | school district |

**Return this application as soon as possible to:**

### Where to return your application
You should return this to your local election office. If not provided above, contact information for your local election official can be found under "Find County Election Office" at https://mnvotes.gov/counties.

### Options for returning absentee ballot applications
For federal, state or county elections, submit an absentee ballot application online at https://mnvotes.gov/absentee. -OR- Paper absentee ballot applications may be returned by mail, fax or as a scanned attachment to an email.

### When your ballot will be sent
Your absentee ballot materials will be sent to you at least 46 days before the election, (excluding town elections held in March where materials will be sent 30 days before the election). If you applied after this date, your ballot will be sent when the application is received. Contact your local election official if you have not received your ballot. To check the status of your absentee ballot, visit https://mnvotes.gov/ballottracker.

### Privacy Notice
Your exact date of birth, email address, and any ID number you give (Minnesota driver's license, state ID or last four digits of social security number) are private. Only election officials may access it.

Election officials ask for your exact date of birth so they can match your application to your voter record. If you refuse to give your date of birth, you won't get an absentee ballot.

Election officials ask for your email so they can contact you about your application. Also, the Office of the Secretary of State may email you (or contact you another way) about voting and elections, or ask for public input. If you refuse to give an email address, you cannot apply for an absentee ballot online and you will need to apply with a paper application.

Election officials ask for an ID number to check that the person who is casting the ballot is the same person who applied for it. If you have an ID number but refuse to give it, your absentee ballot might get rejected, and you won't be able to check your absentee ballot status online.

The rest of the data on your application is public when used for elections, political or law enforcement purposes. If you need to keep your contact data private because of personal safety concerns, call 1-877-600-8683 to learn what you can do.

### Who may apply for a ballot
Each person must apply for themselves. It is a felony to make a false statement in an application for an absentee ballot, to attempt to cast an illegal ballot, or to help anyone to cast an illegal ballot.

### If you think you may not be registered to vote
If you are not registered at the legal residence address provided, you will be sent a voter registration application with your ballot materials.

### Information for active-duty military and overseas voters
If you are applying for an absentee ballot because you or your family are active-duty military or because you will be overseas and/or outside of the territorial limits of the United States, do not use this application. You are entitled to special protections if you apply using the Federal Postcard Application. For more information and to apply online, go to https://mnvotes.gov/uocava.

### Options available to you if you have a disability
You may:
- sign the application yourself,
- make your mark, or
- ask another person to sign for you in your presence (have the person sign their own name as well.)
- If you have adopted the use of a signature stamp for all purposes of signature, you may use your signature stamp or ask another person to use your signature stamp in your presence. (See *Minnesota Statutes*, section 645.44, subdivision 14. )

### Information regarding Power of Attorney
Voting is not covered by power of attorney. A power of attorney pertains only to affairs affecting property. A person with power of attorney may only sign for you in your presence, as outlined above. (See *Minnesota Statutes,* section 523.24, subdivision 14.)

Revised 12-12-2024