# EXHIBIT 8



Language

Transparency Center

Home → Features

# Community Notes: A New Way to Add Context to Posts

**UPDATED**  APR 7, 2025

As we announced in March 2025, Meta has rolled out a Community Notes feature that lets people add more context to Facebook, Instagram and Threads posts that are potentially misleading or confusing. Meta has always been clear that we don't think we should be the arbiters of truth, and our approach has long been to surface information that people find helpful in deciding what to read, trust or share. Beginning in the United States, instead of relying on third-party fact-checking organizations, we are using Community Notes to draw on a broader range of voices that exist on our platform to decide which content would benefit from additional information. Meta does not decide what gets rated or written – the community does.

## TABLE OF CONTENTS

Getting Started

Writing Notes

Rating Notes

Publishing Notes

FAQ

**STATUS:** Community Notes is available across Facebook, Instagram and Threads to eligible contributors based in the United States. We are admitting eligible contributors from the waitlist in randomized batches in order to test the Community Notes writing and rating system. Now that notes are appearing on posts, we have stopped showing new third-party fact checking labels in the United States.

# HOW IT WORKS

Community Note contributors can write and submit a note on posts that they think are potentially misleading or confusing. A community note may include background information, a tip or an insight people might find useful. For a note to be published on a post, people who have previously disagreed on note ratings in the past will have to agree that a note is helpful. Notes will not be added to content when there is no agreement on the helpfulness of a note or when people agree a note is not helpful.

## Getting Started

People can sign up for the opportunity to be a contributor to Community Notes. Click here for details.

### ⌃ How to sign up

People can sign up (Facebook, Instagram, Threads) for the opportunity to be a contributor to this feature.

### ⌃ Who can sign up

People can sign up to be a Community Notes contributor if they are based in the United States, over 18 years old, have an account that's more than 6 months old and in good standing, and have a verified phone number or have set up two-factor authentication. To be in good standing, an account must not have violated our policies meant to prevent the most severe harms — such as terrorism, child sexual exploitation, and fraud and scams — and they also have not repeatedly violated our other policies.

### ⌃ Contributor anonymity

We want contributors to be comfortable writing notes, and for notes to be rated based on the content and their helpfulness, not on who wrote them. So to start, notes won't have author names attached to them. In the future, we may enable contributors to have a profile with a record of their previous contributions and even a unique display name. This will allow the

contributor community to see more about how other contributors write and rate, and give them more information about who is providing that context.

## Writing Notes

Community Notes contributors are able to write and submit notes on most organic public Facebook, Instagram or Threads content that they feel may benefit from additional context.



### Selecting eligible posts

Contributors may select a public post by clicking on the "three dot" menu and choosing "write community note." Most public content is eligible, including content posted by politicians, Meta or Meta executives. To start, some types of content may not be supported, such as ads. Also, Community Notes cannot be added to content with limited audiences such as private posts, messages, Events, Dating, and Marketplace content.

### Writing guidelines

Each community note has a limit of 500 characters and should include background information, an insight or other helpful context that is relevant to the post. Each note must include a link to a source that supports the note. All submitted notes must follow Meta's Community Standards.

## ⌃ Submitting notes

Once a contributor submits their community note, it will be available for other contributors to rate whether or not the note is helpful. A submitted note won't appear on the post until enough other contributors agree that it's helpful. To start, notes cannot be edited after they are submitted. However, contributors may delete their own notes, even if published, in which case no one will be able to see or rate it anymore.

# Rating Notes

Community Notes contributors are able to rate which notes submitted by others in the community are helpful.



## ⌃ Selecting notes to rate

Contributors have access to a Feed of notes that still need ratings prior to being published, which they can access in their Facebook, Instagram and Threads settings (see Settings/Community Notes/Rate Notes within each app).

## ⌃ Rating options

When rating a community note, contributors must select whether they find it to be "helpful" or "not helpful", which will help determine whether the note gets published. Contributors have the option of identifying which factors contributed to their decision, such as whether the note

is relevant to the post, easy to understand, and uses neutral or unbiased language, among others. Currently, contributor ratings cannot be changed or removed.

## Publishing Notes

Enough contributors must agree that a community note is helpful before it can be published on a post.



### ⌃  How notes get published

Community Notes identifies when there is agreement that a note is helpful among contributors that normally disagree with each other. This system only takes into account each contributor's rating history. We think this approach helps ensure that notes reflect a range of perspectives and reduces the risk of bias. Community Notes contributors decide what notes get written and how they are rated — not Meta.

### ⌃  Impact on posts

A community note appears as a label added to the bottom of a Facebook, Instagram or Threads post, and reshares of those posts. The label does not impact people's ability to see the original post. Post authors will receive a notification when a note has been published to their post, but will not be able to remove the note. When a note appears on a post, it won't affect who can see that content or how widely it can be shared.

## Frequently Asked Questions

⌄ Where can I find more information about how Community Notes works?

⌄ How will you prevent abuse and bias?

⌄ Can businesses sign up to be contributors for Community Notes?

⌄ Can community notes be added to advertiser or paid content?

⌄ Will content with a Community Note be eligible to appear adjacent to ads?

⌄ Can politicians receive community notes on their content?

⌄ Will my content be penalized if it receives a community note?

⌄ Which languages will Community Notes be available in?

⌄ How does Community Notes work outside of the United States?

⌄ Is Community Notes replacing your fact checking program?

⌄ Is Community Notes a replacement for content moderation?

NEXT ⊙

# Approach to Newsworthy Content



**POLICIES**
**ENFORCEMENT**
**SECURITY**
**FEATURES**
**GOVERNANCE**
**REPORTS**
**RESEARCH TOOLS**

Privacy Policy • Terms of Service • Cookies