# **EXHIBIT 10**

# Post

**Keith Ellison** ✓
@keithellison

obrigado Brasil!

5:33 PM · Sep 2, 2024 · **3.8M** Views

💬 4.8K          ↻ 840          ♡ 386          🔖 170

Read 4.8K replies

## New to X?

Sign up now to get your own personalized timeline!

**Sign up with Google**

**Sign up with Apple**

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

**Retry**

Terms of Service    Privacy Policy
Cookie Policy    Accessibility    Ads info
More ···    © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up