# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> -against- <br><br> KEITH ELLISON, in his official capacity, as Attorney General of Minnesota, <br><br> Defendant. | Case No. _____ <br><br> **X CORP.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff X Corp. hereby states that X Corp. is a privately held corporation. Its parent corporation is X Holdings Corp. X Corp.'s parent corporation, X Holdings Corp., has been acquired by and is a wholly owned subsidiary of X.AI Holdings Corp. No publicly traded corporation owns 10% or more of the stock of X Corp., or X Holdings Corp., or X.AI Holdings Corp.

Dated: April 23, 2025

> By: /s/ Erick G. Kaardal
> Erick G. Kaardal (SBN 229647)
> MOHRMAN, KAARDAL & ERICKSON, P.A.
> 150 S. Fifth St., Ste. 3100
> Minneapolis, MN 55402
> Phone: 612-746-7724
> Facsimile: 612-341-1076
> kaardal@mklaw.com
>
> CAHILL GORDON & REINDEL LLP
> Joel Kurtzberg (*pro hac vice pending*, SBN NY 2835007)
> Floyd Abrams (*pro hac vice pending*, SBN NY 1758184)
> Jason Rozbruch (*pro hac vice pending*, SBN NY 5753637)
> 32 Old Slip
> New York, NY 10005
> Phone: 212-701-3120
> Facsimile: 212-269-5420
> jkurtzberg@cahill.com
> fabrams@cahill.com
> jrozbruch@cahill.com