## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| X Corp., | Civ. No. 25-1649 (JWB/ECW) |
| Plaintiff, | |
| v. | |
| Keith Ellison, *in his official capacity, as Attorney General of Minnesota*, | **ORDER OF RECUSAL** |
| Defendant. | |

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses in this matter.

Date: April 23, 2025

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge