UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| X CORP., | Court File No. 25-cv-1649 (LMP/DLM) |
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE OF PETER J. FARRELL |
| KEITH ELLISON, in his official capacity, as Attorney General of Minnesota, | |
| Defendant. | |

TO: The Administrator of the Above-Named Court; Plaintiff X Corp., through counsel Erick G. Kaardal, Mohrman, Kaardal & Erickson, P.A., 150 S. Fifth St., Ste. 3100, Minneapolis, MN, 55402; Joel Kurtzberg, Floyd Abrams, and Jason Rozbruch, Cahill Gordon & Reindell LLP, 32 Old Slip, New York, NY 10005.

PLEASE TAKE NOTICE that Deputy Solicitor General Peter J. Farrell shall appear as counsel for Defendant along with other co-counsel. All pleadings, orders, notices, and other documents should be directed to the undersigned.

Dated: April 29, 2025

KEITH ELLISON
Attorney General
State of Minnesota

s/ Pete Farrell
PETER J. FARRELL
Deputy Solicitor General
Atty. Reg. No. 0393071

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 757-1424 (Voice)
(651) 297-4139 (Fax)
peter.farrell@ag.state.mn.us

ATTORNEY FOR DEFENDANT