UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| X CORP., | Court File No. 25-cv-1649 (LMP/DLM) |
| Plaintiff, | |
| vs. | **DEFENDANT'S MOTION TO STAY PROCEEDINGS** |
| KEITH ELLISON, in his official capacity, as Attorney General of Minnesota, | |
| Defendant. | |

TO: The Administrator of the Above-Named Court; Plaintiff X Corp., through counsel Erick G. Kaardal, Mohrman, Kaardal & Erickson, P.A., 150 S. Fifth St., Ste. 3100, Minneapolis, MN, 55402; Joel Kurtzberg, Floyd Abrams, and Jason Rozbruch, Cahill Gordon & Reindell LLP, 32 Old Slip, New York, NY 10005.

Defendant Keith Ellison moves the Court to stay the proceedings pending the Eighth Circuit's resolution of *Kohls v. Ellison*, Case No. 25-1300. This motion is made pursuant to federal common law and Fed. R. Civ. P. 6(b), and is based upon the files, records, and proceedings herein, including the memorandum of law filed and served with this motion.

Dated: June 3, 2025

KEITH ELLISON
Attorney General
State of Minnesota

s/ **Janine Kimble**
PETER FARRELL (#0393071)
Deputy Solicitor General
JANINE KIMBLE (#0392032)
MADELEINE DEMEULES (#0402648)
IAN TAYLOR, JR. (#0401548)
Assistant Attorneys General

445 Minnesota Street, Suite 600  
St. Paul, Minnesota 55101-2131  
(651) 757-1424 (Voice)  
(651) 282-5832 (Fax)  
Peter.Farrell@ag.state.mn.us  
Janine.Kimble@ag.state.mn.us  
Madeleine.DeMeules@ag.state.mn.us  
Ian.Taylor@ag.state.mn.us  

ATTORNEYS FOR DEFENDANT

2