UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| X CORP.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KEITH ELLISON, in his official capacity, as Attorney General of Minnesota<br><br>　　　　Defendant. | Civil No. 25-cv-1649 (LMP/DLM)<br><br>**[Proposed] ORDER** |

On June 4, 2025, the parties filed a Stipulation for an Extension of Time to Respond to Defendant's Motion to Stay (Dkt. No. 24). Plaintiff X Corp. requests an extension of time of 7 days to file a response to Defendant's Motion to Stay Proceedings (Dkt. No. 18) (the "Motion"). Based upon review of the files, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulation for an Extension of Time to Respond to Defendant's Motion to Stay (Dkt. No. 24) is **APPROVED**; and

2. Plaintiff's deadline to respond to the Motion shall be June 17, 2025.

BY THE COURT

_____

The Honorable Douglas L. Micko
Magistrate Judge of U.S. District Court

Dated this _____ day of _____, 2025.