## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

X CORP.,

                Plaintiff,

v.

KEITH ELLISON, in his official capacity,
as Attorney General of Minnesota

                Defendant.

---

Civil No. 25-cv-1649 (LMP/DLM)

**STIPULATION TO MODIFY THE
BRIEFING SCHEDULE FOR X
CORP.'S MOTION FOR
JUDGMENT ON THE
PLEADINGS ON ITS SECTION
230 CLAIM**

Upon stipulation of the parties, Plaintiff X Corp. and Defendant Attorney General Ellison respectfully request a modification of the briefing schedule for X Corp.'s forthcoming Motion for Judgment on the Pleadings on its Section 230 Claim (the "Motion"), which X Corp. will file on August 4, 2025. In support of the stipulation, the parties state as follows:

1.      The Court, in its Order Granting in Part and Denying in Part Defendant's Motion to Stay, permitted the parties to file motions for judgment on the pleadings on X Corp.'s Section 230 claim no later than August 4, 2025. Dkt. No. 29 at 9.

2.      Plaintiff will file the Motion on August 4, 2025. Defendant will not file a motion for judgment on the pleadings on X Corp.'s Section 230 claim on August 4, 2025.

3.      Under Civil Local Rule 7.1(c), Defendant's response to the Motion would be due on August 25, 2025, and Plaintiff's reply in support of the Motion would be due on September 8, 2025.

4.      In light of a pre-planned vacation, an out-of-town mediation in another matter, the Rosh Hashanah holiday, and to permit the parties sufficient time to brief the issues in the Motion, the parties agree that, subject to Court approval, the deadline for Defendant's response to the Motion should be extended to August 29, 2025, and the deadline for Plaintiff's reply in support of the Motion should be extended to September 26, 2025.

**WHEREFORE**, the parties respectfully request that the Court enter an Order pursuant to Rule 6(b) of the Federal Rules of Civil Procedure extending the deadline for (1) Defendant's response to the Motion, to August 29, 2025 and (2) Plaintiff's reply in support of the Motion, to September 26, 2025.

Dated:  August 4, 2025                    By: /s/ Joel Kurtzberg

                                          CAHILL GORDON & REINDEL LLP
                                          Joel Kurtzberg (admitted *pro hac vice*, SBN NY
                                          2835007)
                                          Floyd Abrams (admitted *pro hac vice*, SBN NY
                                          1758184)
                                          Jason Rozbruch (admitted *pro hac vice*, SBN
                                          NY 5753637)
                                          32 Old Slip
                                          New York, NY 10005
                                          Phone: 212-701-3120
                                          Facsimile: 212-269-5420
                                          jkurtzberg@cahill.com
                                          fabrams@cahill.com
                                          jrozbruch@cahill.com

                                          Erick G. Kaardal (SBN 229647)
                                          MOHRMAN, KAARDAL & ERICKSON, P.A.
                                          150 S. Fifth St., Ste. 3100
                                          Minneapolis, MN 55402
                                          Phone: 612-746-7724
                                          Facsimile: 612-341-1076
                                          kaardal@mklaw.com


Dated:  August 4, 2025                    KEITH ELLISON
                                          Attorney General
                                          State of Minnesota

                                          By: /s/ Janine Kimble
                                          PETER FARRELL (#0393071)
                                          Deputy Solicitor General

                                          JANINE KIMBLE (#0392032)
                                          IAN TAYLOR, JR. (#0401548)
                                          MADELEINE DEMEULES (#0402648)
                                          Assistant Attorneys General

                                          445 Minnesota Street, Suite 600
                                          St. Paul, Minnesota
                                          55101-2131 (651) 757-1424 (Voice)

3

(651) 282-5832 (Fax)
Peter.Farrell@ag.state.mn.us
Janine.Kimble@ag.state.mn.us
Ian.Taylor@ag.state.mn.us
Madeleine.DeMeules@ag.state.mn.us

ATTORNEYS FOR DEFENDANT