UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> KEITH ELLISON, in his official capacity, as Attorney General of Minnesota <br><br> Defendant. | Civil No. 25-cv-1649 (LMP/DLM) <br><br> **[PROPOSED] ORDER GRANTING X CORP.'S MOTION FOR JUDGMENT ON THE PLEADINGS ON ITS SECTION 230 CLAIM** |

The above-entitled matter came before the Court pursuant to X Corp.'s Motion for Judgment on the Pleadings on its Section 230 Claim.

Based upon all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED:**

1. X Corp.'s Motion for Judgment on the Pleadings on its Section 230 Claim (Dkt. No. 33) is **GRANTED**; and

2. Judgment on the pleadings is hereby **ENTERED** in favor of X Corp. on its Section 230 claim (Count 2).

BY THE COURT:

Dated: _____, 2025

_____
Laura M. Provinzino
United States District Judge