UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| X CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>KEITH ELLISON, in his official capacity, as Attorney General of Minnesota<br><br>    Defendant. | Civil No. 25-cv-1649 (LMP/DLM)<br><br>**DECLARATION OF JOEL KURTZBERG IN SUPPORT OF X CORP.'S MOTION FOR JUDGMENT ON THE PLEADINGS ON ITS SECTION 230 CLAIM** |

Joel Kurtzberg, being duly sworn, deposes and states as follows:

1. I am a partner of the law firm Cahill Gordon & Reindel LLP, attorneys for X Corp. in the above-captioned action. I am a licensed member of the Bar of the State of New York and am admitted to appear *pro hac vice* before this Court in the above-captioned action.

2. I am submitting this declaration in connection with X Corp.'s Motion for Judgment on the Pleadings on its Section 230 Claim (the "Motion") in the above-captioned action to put copies of certain documents before the Court that are referenced in X Corp.'s Reply Memorandum of Law in Further Support of the Motion.

3. Annexed as **Exhibit 1** is a true and correct copy of the Order and Final Judgment and Permanent Injunction as to California Assembly Bill ("AB") 2655 in *Kohls v. Bonta*, No. 2:24-cv-02527-JAM-CKD (E.D. Cal. Aug. 20, 2025), ECF 98.

4. Annexed as **Exhibit 2** is a true and correct copy of the transcript of the August 5, 2025 oral argument in *Kohls* v. *Bonta*, No. 2:24-cv-02527-JAM-CKD (E.D. Cal. Aug. 5, 2025), ECF 105.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on this 26th day of September, 2025, in New York, New York.

/s/ Joel Kurtzberg
Joel Kurtzberg
