# EXHIBIT 1

1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE EASTERN DISTRICT OF CALIFORNIA

3               SACRAMENTO DIVISION

4

5

6  CHRISTOPHER KOHLS, ET AL.,        Case No. 2:24-cv-02527-JAM-CKD

7                 Plaintiffs,   **ORDER AND FINAL JUDGMENT AND
                                PERMANENT INJUNCTION AS TO AB**
8        v.                     **2655**

9  ROBERT A. BONTA, ET AL.,

10               Defendants.

11

12       The Court, having carefully considered Plaintiffs' Motion

13 for Summary Judgment Against Assembly Bill ("AB") 2655 (ECF No.

14 46) and Defendants' Cross-Motion for Summary Judgment on AB 2655

15 (ECF No. 49), and having (1) granted Plaintiffs' Motion for

16 Summary Judgment because AB 2655 violates and is preempted by

17 Section 230 of the Communications Decency Act of 1996 (47 U.S.C.

18 § 230) and (2) denied Defendants' Cross-Motion for Summary

19 Judgment for the reasons stated on the record during oral

20 argument on August 5, 2025 and finding good cause, issues the

21 following order and final judgment.

22       **IT IS HEREBY ORDERED** as follows:

23                  **I. DEFINITIONS**

24     For purposes of this Order, these definitions apply:

25     1.   "Assembly Bill ('AB') 2655" means California Assembly

26 Bill No. 2655, passed by the California Legislature on September

27 9, 2024, during the 2023-2024 legislative session, and signed by

28
                         1

1    the Governor of California on September 17, 2024.  AB 2655's

2    provisions are codified in sections 20510 through 20520 of the

3    California Elections Code.

4       2.    "Defendants" refers to Defendant Robert A. Bonta, in

5    his official capacity as Attorney General of the State of

6    California, and Shirley N. Weber, in her official capacity of the

7    Secretary of State of the State of California, their successors

8    in office, and their agents acting within the scope of their

9    official duties.

10       3.    "Rumble" refers to Plaintiffs Rumble Inc. and Rumble

11    Canada Inc., their successors, and assigns.

12       4.    "X Corp." refers to Plaintiff X Corp., its successors,

13    and assigns.

## II.  JUDGMENT

15    Judgment is hereby entered in favor of X Corp. and Rumble

16    and against Defendants on the Second Cause of Action in X Corp.'s

17    Complaint (ECF No. 38 ¶¶ 114-29) and on Count Three in Rumble's

18    Complaint (ECF No. 33 ¶¶ 143-52) because, as explained during the

19    August 5, 2025 hearing, AB 2655 violates and is preempted by

20    Section 230 of the Communications Decency Act of 1996 (47 U.S.C.

21    § 230).

## III.  JUDICIAL DECLARATION

23    **IT IS HEREBY DECLARED** pursuant to 28 U.S.C. § 2201 that AB

24    2655 violates and is preempted by 47 U.S.C. § 230(c)(1),

25    § 230(c)(2)(B), and § 230(e)(3), as-applied to X Corp. and Rumble

26    because those entities are both "provider[s]" of "an interactive

27    computer service," 47 U.S.C. § 230(c), § 230(f)(2), and

28    application of AB 2655 to any such provider of an interactive

2

1  computer service violates and is preempted by 47 U.S.C. §

2  230(c)(1), § 230(c)(2)(B), and § 230(e)(3).

3  **III. PERMANENT INJUNCTION**

4  **IT IS HEREBY ORDERED** that Defendants are hereby permanently

5  enjoined from enforcing AB 2655, in its entirety, against X Corp.

6  and Rumble.

7  **IV. OTHER ORDERS**

8  **IT IS ORDERED** that this Court shall retain jurisdiction of

9  this matter to enforce this Order and Final Judgment and

10  Permanent Injunction.

11  **IT IS ORDERED** that, in light of this Order and Final

12  Judgment and Permanent Injunction, the Court does not at this

13  time reach the First and Third Causes of Action in X Corp.'s

14  Complaint (ECF No. 38 ¶¶ 96-113, 130-45) or Counts One and Two in

15  Rumble's Complaint (ECF No. 33 ¶¶ 109-42).

16  **FINAL JUDGMENT IS ENTERED** pursuant to the terms of this

17  Order.

18  **IT IS SO ORDERED.**

19

20  August 20, 2025    _____

21                     JOHN A. MENDEZ,
                       SENIOR UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

3