**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

X CORP.,

Plaintiff,

v.

KEITH ELLISON, in his official capacity, as Attorney General of Minnesota

Defendant.

Civil No. 25-cv-1649 (LMP/DLM)

**STIPULATION REGARDING PLAINTIFF X CORP.'S AMENDED COMPLAINT AND DEFENDANT ELLISON'S MOTION TO DISMISS**

Plaintiff X Corp. and Defendant Attorney General Keith Ellison, in his official capacity (collectively, the "Parties"), by and through their undersigned counsel, stipulate as follows regarding X Corp.'s Amended Complaint (ECF No. 53) and Defendant's anticipated Motion to Dismiss X Corp.'s Amended Complaint under Federal Rule of Civil Procedure 12:

1. On April 23, 2025, X Corp. filed a Complaint against Defendant Ellison, seeking, *inter alia*, to enjoin enforcement of Minnesota Statutes § 609.771 ("Section 609.771") alleging it was unconstitutional and legally invalid, both as applied to X Corp. and on its face, because Section 609.771 violates the First and Fourteenth Amendments of the United States Constitution, and violates and is preempted by 47 U.S.C. § 230(c)(1) ("Section 230(c)(1)"). ECF No. 1.

2. On July 3, 2025, the Court stayed, pending further order of the Court, all proceedings in this case related to X Corp.'s First and Fourteenth Amendment claims, and

permitted X Corp. to file a motion under Rule 12(c) as to its claim that Section 609.771 violates and is preempted by Section 230(c)(1). ECF No. 29.

3. On August 4, 2025, X Corp. filed a Motion for Judgment on the Pleadings under Rule 12(c) as to its Section 230(c)(1) claim. ECF No. 33. On December 2, 2025, the Court entered an Order denying X Corp.'s Rule 12(c) Motion and dismissing X Corp.'s Section 230(c)(1) claim without prejudice for lack of subject matter jurisdiction. ECF No. 47.

4. On August 12, 2026, the Parties requested that the Court lift the stay of proceedings Ordered on July 3, 2025. ECF No. 50. On August 13, 2026, the Court Ordered that the stay of proceedings be lifted. ECF No. 51.

5. In light of the Court's December 2, 2025, Order dismissing X Corp.'s Section 230(c)(1) claim without prejudice for lack of subject matter jurisdiction, X Corp. has filed an Amended Complaint that is intended to address the deficiencies raised in the Court's December 2, 2025, Order. ECF No. 53. The Parties met-and-conferred about X Corp.'s Amended Complaint and Defendant provided X Corp. with "written consent" under Rule 15(a)(2) as to the filing of the Amended Complaint.

6. Defendant intends to file a Rule 12 Motion to Dismiss X Corp.'s Amended Complaint. The Parties have met-and-conferred and agree that, subject to Court approval, Defendant will file its Rule 12 Motion to Dismiss X Corp.'s Amended Complaint by September 18, 2026; X Corp. will file its response to Defendant's Rule 12 Motion to

Dismiss by October 20, 2026; and Defendant will file its reply in support of its Rule 12 Motion to Dismiss by November 3, 2026.

**WHEREFORE**, the Parties respectfully request that the Court Order that (1) Defendant file its Rule 12 Motion to Dismiss X Corp.'s Amended Complaint by September 18, 2026; (2) X Corp. file its response to Defendant's Rule 12 Motion to Dismiss by October 20, 2026; and (3) Defendant file its reply in support of its Rule 12 Motion to Dismiss by November 3, 2026.

Dated: August 26, 2026

By: /s/ Joel Kurtzberg

CAHILL GORDON & REINDEL LLP
Joel Kurtzberg (admitted *pro hac vice*, SBN NY 2835007)
Floyd Abrams (admitted *pro hac vice*, SBN NY 1758184)
Jason Rozbruch (admitted *pro hac vice*, SBN NY 5753637)
32 Old Slip
New York, NY 10005
Phone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com
fabrams@cahill.com
jrozbruch@cahill.com

Erick G. Kaardal (SBN 229647)
MOHRMAN, KAARDAL & ERICKSON, P.A.
150 S. Fifth St., Ste. 3100
Minneapolis, MN 55402
Phone: 612-746-7724
Facsimile: 612-341-1076
kaardal@mklaw.com

Dated: August 26, 2026

KEITH ELLISON
Attorney General
State of Minnesota

By: /s/ Janine Kimble

PETER FARRELL (#0393071)
Deputy Solicitor General

JANINE KIMBLE (#0392032)
MADELEINE DEMEULES (#0402648)
Assistant Attorneys General

445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 757-1424 (Voice)
(651) 282-5832 (Fax)

Peter.Farrell@ag.state.mn.us
Janine.Kimble@ag.state.mn.us
Madeleine.DeMeules@ag.state.mn.us

ATTORNEYS FOR DEFENDANT