UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

X CORP.,

Plaintiff,

vs.

KEITH ELLISON, in his official capacity, as Attorney General of Minnesota,

Defendant.

Court File No. 25-cv-1649 (LMP/DLM)

**LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE**

I, Janine Kimble, certify that the accompanying *Memorandum of Law in Support of Defendant's Motion to Dismiss* complies with Local Rule 7.1(f). I further certify that, in preparation of this Memorandum, I used Microsoft Word 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced Memorandum contains 6,736 words.

Dated: September 18, 2026

KEITH ELLISON
Attorney General
State of Minnesota

s/ Janine Kimble
JANINE KIMBLE (#0392032)
Assistant Attorney General

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 757-1415 (Voice)
(651) 282-5832 (Fax)
Janine.Kimble@ag.state.mn.us