**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

X CORP.,

Plaintiff,

v.

KEITH ELLISON, in his official capacity, as Attorney General of Minnesota

Defendant.

Civil No. 25-cv-1649 (LMP/DLM)

**LR 7.1(f) WORD COUNT AND L.R. 7.1(h) TYPE SIZE COMPLIANCE CERTIFICATE**

I, Joel Kurtzberg, certify that the accompanying Memorandum of Law in Opposition to Defendant's Motion to Dismiss Amended Complaint complies with the limits in Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h). I further certify that, in preparation of this Memorandum, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced Memorandum contains 11,972 words.

Dated: October 20, 2026

By: /s/ Joel Kurtzberg

Joel Kurtzberg (admitted *pro hac vice*, SBN NY 2835007)
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
Phone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

ATTORNEYS FOR X CORP.